cause was reached for trial on May 19, 1908, and an inquest taken. The attorney seems to have taken no steps to ascertain when the cause would appear on the calendar, or to have an appearance on the part of defendant when it did so appear. The whole history of the case suggests merely an effort to stave off judgment as long as possible, of which effort the suffering of a default was probably a part, the defendant hoping that his default would be excused upon terms involving the payment of only a moderate amount of costs. The order appealed from is reversed, with ten dollars costs and disbursements, and the motion to open the default denied, with ten dollars costs. Ingraham, McLaughlin, Laughlin and Houghton, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

Sidney C. Chambers, Respondent, v. Alexander S. Bacon, Appellant, Impleaded with Isaac N. E. Allen.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, on the decision in *Hunter* v. *Allen* (*ante*, p. 572), decided herewith.

Ludwig E. Goetz, Appellant, Respondent, v. Nathan Ries, Respondent, Appellant, and Henry Sontheimer, Defendant, Individually and as Composing the Firm of Ries & Sontheimer.— Judgment affirmed, without costs. No opinion.

Rosanna McGuire, Respondent, v. Great Bear Spring Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Jennie Walsh, Respondent, v. Peter Gerlaird, Appellant.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissenting.)

Gaetano Abbati, Respondent, v. Carmine La Vecchia and Rocco M. Marasco, Appellants.— Judgment and order affirmed, with costs. No opinion.

Santiago Porcellá, Appellant, v. Evermont Hope Norton, Respondent.— Judgment affirmed, with costs. No opinion.

M. Francis Snowber, Respondent, v. John J. Hearn Construction Company and John J. Hearn, Appellants.— As to defendant Hearn individually, judgment reversed, with costs, and complaint dismissed, with costs. As to the defendant corporation judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $294.51; in which event judgment as so modified affirmed, without costs in this court or in the court below. No opinion. Settle order on notice.

Frances H. Sand, Appellant, v. Stephen V. White and Adolph H. Borman, Respondents.— Judgment and orders affirmed, with costs. No opinion.

Frederick M. Stone, Respondent, v. The Oldham Mills, Appellant.— Judgment and order affirmed, with costs. No opinion.

Hans O. Swoboda, Respondent, v. Frank C. Hollins, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissenting.)

Cecilia D. Smith, Respondent, v. Philip Rosenbaum and Pasquale Clemente, Appellants.— Judgment and order affirmed, with costs. No opinion.

Samuel H. Vergesslich, Appellant, v. George C. Heimerdinger, Respondent.— Judgment affirmed, with costs. No opinion.